In a proceeding pursuant to CPLR article 78 to review three determinations of the Town Board of the Town of Ramapo, all dated January 25, 2010, resolving to approve a findings statement pursuant to the State Environmental Quality Review Act (ECL art 8) in connection with a proposed development project, to amend the Comprehensive Plan of the Town of Ramapo so as to permit the development project, and to rezone the real property on which the development project is proposed to be constructed, respectively, the petitioners appeal from a judgment of the Supreme Court, Rockland County (Walsh II, J.), dated May 8, 2013, which denied the original petition and dismissed the proceeding.
 

 Ordered that the appeal is dismissed as academic, without costs or disbursements, and the judgment dated May 8, 2013, is vacated.
 

 In light of our determination on the related appeal in Matter of Youngewirth v Town of Ramapo Town Bd. (155 AD3d 755 [2017] [decided herewith]), in which we annul the subject determinations of the Town Board of the Town of Ramapo dated January 25, 2010, this appeal has been rendered academic. In addition, under the particular circumstances of this case, we deem it appropriate to vacate the judgment appealed from (see Mannino v Wells Fargo Home Mtge., Inc., 120 AD3d 638, 639 [2014]).
 

 Leventhal, J.P., Austin, Cohen and Duffy, JJ., concur.